# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

---

May 2019 GRAND JURY
(Impaneled 05/3/2019)

THE UNITED STATES OF AMERICA

**INDICTMENT**

-vs-

JASON YELDER

Violations:
Title 21, United States Code,
Sections 841(a)(1) and 856(a)(1)
(2 Counts)

### COUNT 1
(Possession of Methamphetamine with Intent to Distribute)

**The Grand Jury Charges That:**

On or about July 15, 2019, in the Western District of New York, the defendant, **JASON YELDER**, did knowingly, intentionally, and unlawfully possess with intent to distribute 5 grams or more of methamphetamine, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).**

### COUNT 2
(Maintaining a Drug-Involved Premises)

**The Grand Jury Further Charges That:**

On or about July 15, 2019, in the Western District of New York, the defendant, **JASON YELDER**, did knowingly, intentionally, and unlawfully lease, rent, use, and maintain a place, that is, room 802 of the Embassy Suites Hotel, 200 Delaware Avenue,

Buffalo, New York, for the purpose of manufacturing, distributing, and using methamphetamine, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.**

### ALLEGATION OF PRIOR CONVICTION FOR SERIOUS DRUG FELONY

Before the defendant, **JASON YELDER**, committed the offense charged in Count 1 of this Indictment, the defendant had a final conviction for a serious drug felony, that is, a violation of 21 U.S.C. § 846 for which the defendant served more than 12 months of imprisonment and for which the defendant was released from serving any term of imprisonment related to the offense within 15 years of the commencement of the instant offense.

DATED: Buffalo, New York, December 18, 2019.

        JAMES P. KENNEDY, JR.
        United States Attorney

BY:   S/MICHAEL J. ADLER
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716/843-5857
       Michael.Adler@usdoj.gov

A TRUE BILL:

S/FOREPERSON